# IN THE SUPREME COURT OF THE STATE OF NEVADA

DMVH, LLC, A NEVADA LIMITED LIABILITY COMPANY; NORMAN PHAM, A/K/A NAM NGOC PHAM, A/K/A NORMAN NG, AN INDIVIDUAL; AND IN HIS CAPACITY OF CO-TRUSTEE OF THE PHAM FAMILY TRUST,

Appellants,

vs.

HANH THI HOANG, INDIVIDUALLY AND IN HER CAPACITY AS CO-TRUSTEE AND BENEFICIARY OF THE PHAM FAMILY TRUST,

Respondent.

No. 79717

**FILED**

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants have filed a motion to voluntarily dismiss this appeal. The motion is granted and this appeal is dismissed. NRAP 42(b). The conditional sanctions imposed on June 24, 2020, are vacated.

It is so ORDERED.

_____Pickering_____, C.J.

cc: Hon. Kerry Louise Earley, District Judge
Kathleen M. Paustian, Settlement Judge
Hurtik Law & Associates
Garman Turner Gordon
Jones Lovelock
Eighth District Court Clerk

 
20-26127